KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
711 S 4th Street, Suite 101
Las Vegas, NV  89101
(702) 853-0700
kal13mail@las13.com

E-FILED: 2/27/25

**UNITED STATES BANKRUPTCY COURT**
**NEVADA DIVISION**

IN RE:
**MORY KYONG-EUN PARK**

Case No: -24-15501-NMC

**Debtor**

**CHAPTER 13 TRUSTEE'S NOTICE TO DEBTOR(S) AND CREDITORS OF FILED CLAIMS, CLASSIFICATION, AND PROPOSED DISTRIBUTION**

TO DEBTOR(S), ALL CREDITORS AND PARTIES IN INTEREST:

YOU WILL PLEASE TAKE NOTICE that Kathleen A. Leavitt, Chapter 13 Bankruptcy Trustee, has reviewed the Clerk of the U.S. Bankruptcy Court, District of Nevada, Claims Register and each individual Proof of Claim filed in the above entitled case after the 90 day Bar Date. Government claims will be reviewed after the 180 day bar date and notice will be sent if applicable.

YOU WILL PLEASE TAKE FURTHER NOTICE that the above named Debtor(s), each creditor and all other parties in interest must verify that their respective claim(s) filed with the Clerk contains the same information AS SET FORTH BELOW to include but not limited to: (1)the creditor's claim was  filed or not filed; (2)the creditor's address to receive payments is accurate; (3)the claim amount is accurate; (4)the creditor's claim is scheduled as either "timely filed", "late filed" or "not filed"; (5)that the classification of the creditor's claim as either  "secured", "priority", "unsecured", "direct pay by debtor", "surrendered", "no plan provision", or such other applicable classification, is accurate; (6)and that the treatment and payment on each creditor's claim including, if appropriate, the payment of and rate of interest), is accurate in accordance with Order(s) Confirming Chapter 13 Plan.

YOU WILL PLEASE TAKE FURTHER NOTICE that Conduit claims by Trustee will be paid pursuant to the confirmed Chapter 13 plan and, as such, the claim information will not be listed below.

YOU WILL PLEASE TAKE FURTHER NOTICE that if the creditor's claim, as filed with the Clerk of the

Bankruptcy Court, is not accurate for any reason, including the reasons set forth above; then you must timely file a written objection to the Chapter 13 Trustee's Notice to Debtor(s) and Creditors of Filed Claims, Classification, and Proposed Distribution on or before March 29, 2025. The written objection must be filed **or e-filed** with the Clerk of the U.S. Bankruptcy Court, 300 Las Vegas Blvd. South, Fourth Floor, Las Vegas, Nevada 89101 and served, if applicable, upon any appropriate creditor(s), the debtor(s), debtor's attorney and the Chapter 13 Bankruptcy Trustee whose mailing address is set forth above, along with the date, time, and place of the hearing on the objection.

YOU WILL PLEASE TAKE FURTHER NOTICE that in the absence of a written objection, the Debtor(s), creditors and parties in interest listed below shall be deemed to have approved the Chapter 13 Trustee's Notice to Debtor(s) and Creditors of Filed Claims, Classification, and Proposed Distribution. No further Order of the Court will be entered in the absence of any objection to this notice.

YOU WILL PLEASE TAKE FURTHER NOTICE that funds provided to be paid to a creditor through the Chapter 13 Plan but for which no Proof of Claim has been filed will be forwarded to the Clerk of U. S. Bankruptcy Court, District of Nevada, as unclaimed funds.

NOTICE IS HEREBY GIVEN that the following list below is a recapitulated itemization of all proofs of claim filed and not filed, classification of claims, and proposed distribution. This plan proposes that the Debtor pay a Base Amount (a specific dollar amount) to the Plan. The exact percentage of distribution to unsecured non-priority claims will depend upon available funds and all claims filed and allowed in this case.

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION | |
|---|---|---|---|
| ALOHA PACIFIC FCU<br>3465 WAIALAE AVENUE<br>SUITE 400<br>HONOLULU, HI 96816 | $25,592.97<br>AT 0.00% INT | UNSECURED<br>APPROXIMATELY 29.00% TO BE PAID<br>**TRUSTEE CLAIM# 00001 / COURT CLAIM # 1** | 1210 |
| AMERICAN EXPRESS NATIONAL BANK<br>AENB<br>C/O ZWICKER & ASSOCIATES PC<br>PO BOX 9043<br>ANDOVER, MA 01810 | $7,585.28<br>AT 0.00% INT | UNSECURED<br>APPROXIMATELY 29.00% TO BE PAID<br>**TRUSTEE CLAIM# 00002 / COURT CLAIM # 3** | 1007 |
| BANK OF AMERICA NA<br>PO BOX 15102<br>WILMINGTON, DE 19886-5102 | $11,502.09<br>AT 0.00% INT | UNSECURED<br>APPROXIMATELY 29.00% TO BE PAID<br>**TRUSTEE CLAIM# 00003 / COURT CLAIM # 15** | 2599 |
| BANK OF AMERICA, N.A.<br>4909 SAVARESE CIR<br>TAMPA, FL 33634-2413 | $0.00<br>AT 0.00% INT | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID<br>**TRUSTEE CLAIM# 00004 / COURT CLAIM #** | 0950 |
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>POB 12914<br>NORFOLK, VA 23541 | $10,158.75<br>AT 0.00% INT | UNSECURED<br>APPROXIMATELY 29.00% TO BE PAID<br>**TRUSTEE CLAIM# 00005 / COURT CLAIM # 11** | 0691 |
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>POB 12914<br>NORFOLK, VA 23541 | $12,397.56<br>AT 0.00% INT | UNSECURED<br>APPROXIMATELY 29.00% TO BE PAID<br>**TRUSTEE CLAIM# 00006 / COURT CLAIM # 12** | 8511 |
| RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | $11,662.67<br>AT 0.00% INT | UNSECURED<br>APPROXIMATELY 29.00% TO BE PAID<br>**TRUSTEE CLAIM# 00007 / COURT CLAIM # 7** | 5141 |
| QUANTUM3 GROUP LLC<br>PO BOX 2489<br>KIRKLAND, WA 98083-2489 | $3,594.32<br>AT 0.00% INT | UNSECURED<br>APPROXIMATELY 29.00% TO BE PAID<br>**TRUSTEE CLAIM# 00008 / COURT CLAIM # 6** | 6569 |
| COMPREHENSIVE CANCER CENTER OF NEVADA<br>3730 S. EASTERN AVE.<br>LAS VEGAS, NV 89169 | $0.00<br>AT 0.00% INT | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID<br>**TRUSTEE CLAIM# 00009 / COURT CLAIM #** | |
| EXETER FINANCE LLC<br>PO BOX 650693<br>DALLAS, TX 75265 | $21,940.53 | VEHICLE DIRECT<br>Paid direct by Debtor<br>**TRUSTEE CLAIM# 00011 / COURT CLAIM # 10-2** | 5684 |
| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION, MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | $0.00<br>AT 0.00% INT | UNSECURED BY MATRIX<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID<br>**TRUSTEE CLAIM# 00012 / COURT CLAIM #** | |

MORY KYONG-EUN PARK                                                                    BKS-24-15501-NMC

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION | |
|---|---|---|---|
| **TGSLC DBA TRELLIS COMPANY**<br>PO BOX 659602<br>SAN ANTONIO, TX  78265 | $19,250.06<br>AT 0.00% INT | UNSECURED<br>APPROXIMATELY  29.00% TO BE PAID | 1210 |
| **TRUSTEE CLAIM# 00013 / COURT CLAIM # 2** | | | |
| **UNITED STATES TREASURY**<br>SPECIAL PROCEDURES<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $0.00<br>AT 0.00% INT | IRS PRTY<br>NOT FILED<br>EXACTLY 0.00% TO BE PAID | |
| **TRUSTEE CLAIM# 00014 / COURT CLAIM #** | | | |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15368<br>WILMINGTON, DE  19850 | $10,771.21<br>AT 0.00% INT | UNSECURED<br>APPROXIMATELY  29.00% TO BE PAID | 9020 |
| **TRUSTEE CLAIM# 00015 / COURT CLAIM # 5** | | | |
| **MACYS/DSNB**<br>PO BOX 8218<br>MASON, OH  45040-8218 | $0.00<br>AT 0.00% INT | UNSECURED<br>NOT FILED<br>APPROXIMATELY  0.00% TO BE PAID | 0320 |
| **TRUSTEE CLAIM# 00016 / COURT CLAIM #** | | | |
| **NEVADA DETR**<br>500 E THIRD ST<br>CARSON CITY, NV  89701-4772 | $0.00<br>AT 0.00% INT | UNSECURED BY MATRIX<br>NOT FILED<br>APPROXIMATELY  0.00% TO BE PAID | |
| **TRUSTEE CLAIM# 00017 / COURT CLAIM #** | | | |
| **NEVADA DEPARTMENT OF TAXATION**<br>BANKRUPTCY SECTION<br>555 E WASHINGTON AVE STE 1300<br>LAS VEGAS, NV  89101-1046 | $0.00<br>AT 0.00% INT | UNSECURED BY MATRIX<br>NOT FILED<br>APPROXIMATELY  0.00% TO BE PAID | |
| **TRUSTEE CLAIM# 00018 / COURT CLAIM #** | | | |
| **PINATA GLOBAL INC.**<br>131 VARICK ST<br>NEW YORK, NY  10013-1410 | $0.00<br>AT 0.00% INT | UNSECURED<br>NOT FILED<br>APPROXIMATELY  0.00% TO BE PAID | 76SK |
| **TRUSTEE CLAIM# 00020 / COURT CLAIM #** | | | |
| **JEFFERSON CAPITAL SYSTEMS LLC**<br>PO BOX 772813<br>CHICAGO, IL  60677-2813 | $1,556.23<br>AT 0.00% INT | UNSECURED<br>APPROXIMATELY  29.00% TO BE PAID | 4672 |
| **TRUSTEE CLAIM# 00021 / COURT CLAIM # 16** | | | |
| **RESURGENT RECEIVABLES LLC**<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | $1,344.41<br>AT 0.00% INT | UNSECURED<br>APPROXIMATELY  29.00% TO BE PAID | 1461 |
| **TRUSTEE CLAIM# 00022 / COURT CLAIM # 9** | | | |
| **US BANK NATIONAL ASSOCIATION**<br>PO BOX 5227<br>CINCINNATI, OH  45201-5227 | $5,023.23<br>AT 0.00% INT | UNSECURED<br>APPROXIMATELY  29.00% TO BE PAID | 9278 |
| **TRUSTEE CLAIM# 00023 / COURT CLAIM # 4** | | | |

| MORY KYONG-EUN PARK | | | BKS-24-15501-NMC |
|---|---|---|---|
| **NAME AND ADDRESS OF CREDITOR** | **AMOUNT** | **CLASSIFICATION** | |
| **U.S. SMALL BUSINESS ADMINISTRATION**<br>OFFICE OF GENERAL COUNSEL<br>312 N SPRING ST 5TH FLOOR<br>LOS ANGELES, CA  90012-4701 | **$0.00**<br>AT 0.00% INT<br><br>**TRUSTEE CLAIM# 00024 / COURT CLAIM #** | UNSECURED BY MATRIX<br>NOT FILED<br>APPROXIMATELY  0.00% TO BE PAID | |
| **UNITED STATES ATTORNEY'S OFFICE**<br>ATTN: CIVIL PROCESS CLERK<br>501 LAS VEGAS BLVD S STE 1100<br>LAS VEGAS, NV  89101-6521 | **$0.00**<br>AT 0.00% INT<br><br>**TRUSTEE CLAIM# 00025 / COURT CLAIM #** | UNSECURED BY MATRIX<br>NOT FILED<br>APPROXIMATELY  0.00% TO BE PAID | |
| **BANK OF AMERICA NA**<br>PO BOX 15102<br>WILMINGTON, DE  19886-5102 | **$8,169.50**<br>AT 0.00% INT<br><br>**TRUSTEE CLAIM# 00028 / COURT CLAIM # 13** | UNSECURED<br><br>APPROXIMATELY  29.00% TO BE PAID | 6129 |
| **BANK OF AMERICA NA**<br>PO BOX 15102<br>WILMINGTON, DE  19886-5102 | **$4,829.70**<br>AT 0.00% INT<br><br>**TRUSTEE CLAIM# 00029 / COURT CLAIM # 14** | UNSECURED<br><br>APPROXIMATELY  29.00% TO BE PAID | 4592 |
| **RESURGENT CAPITAL SERVICES**<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | **$106.81**<br>AT 0.00% INT<br><br>**TRUSTEE CLAIM# 00030 / COURT CLAIM # 8** | UNSECURED<br><br>APPROXIMATELY  29.00% TO BE PAID | 9665 |
| **HIGHER EDUCATION SERVICE CORP.**<br>4381 W GREEN OAKS BLVD<br>ARLINGTON, TX  76016-4452 | **$0.00**<br>AT 0.00% INT<br><br>**TRUSTEE CLAIM# 00031 / COURT CLAIM #** | UNSECURED<br>NOT FILED<br>APPROXIMATELY  0.00% TO BE PAID | 0102 |

/s/Esther Carr

for Kathleen A. Leavitt
Chapter 13 Bankruptcy Trustee

Kathleen A. Leavitt
Chapter 13 Trustee
711 S 4th Street, Suite 101
Las Vegas NV, 89101
(702) 853-0700

# UNITED STATE BANKRUPTCY COURT
## DISTRICT OF NEVADA

### CERTIFICATE OF SERVICE

| IN RE: | CASE NO: 24-15501-NMC |
|---|---|
| MORY KYONG-EUN PARK | Chapter 13 |
| **Debtor (s)** | |

I hereby certify that I am an employee of KATHLEEN A. LEAVITT, Chapter 13 Bankruptcy Trustee; that I am over the age of 18 years; and that on February 27, 2025, I provided a copy of the Notice of Filed Claims, Classification and Proposed Distribution to each of the following by:

**[X] a. United States mail, via First Class United States Mail, postage fully prepaid.**

See EXHIBIT A for mailing matrix

**[X] b. ECF System:**

/s/ Esther Carr
Employee of
Kathleen A. Leavitt
Chapter 13 Standing Trustee

# **CERTIFICATE OF SERVICE** - EXHIBIT A - Mailing Matrix

AIS PORTFOLIO SERVICES LLC ATTN EXETER FINANCE LLC DEPARTMENT 4515 N SANTA FE AVE DEPT APS OKLAHOMA CITY OK 73118

ALOHA PACIFIC FCU 3465 WAIALAE AVENUE SUITE 400 HONOLULU HI 96816

AMERICAN EXPRESS NATIONAL BANK C/O ZWICKER & ASSOCIATES PC 80 MINUTEMAN ROAD PO BOX 9043 ANDOVER MA 01810-1041

AMERICAN EXPRESS NATIONAL BANK AENB C/O ZWICKER & ASSOCIATES PC PO BOX 9043 ANDOVER MA 01810

BANK OF AMERICA NA PO BOX 15102 WILMINGTON DE 19886-5102

BANK OF AMERICA, N.A. 4909 SAVARESE CIR TAMPA FL 33634-2413

COMPREHENSIVE CANCER CENTER OF NEVADA 3730 S. EASTERN AVE. LAS VEGAS NV 89169

CORY READE DOWS & SHAFER 1333 NORTH BUFFALO DRIVE 210 LAS VEGAS NV 89128

EXETER FINANCE LLC PO BOX 650693 DALLAS TX 75265

FRANCHISE TAX BOARD BANKRUPTCY SECTION, MS A340 PO BOX 2952 SACRAMENTO CA 95812-2952

HIGHER EDUCATION SERVICE CORP. 4381 W GREEN OAKS BLVD ARLINGTON TX 76016-4452

JEFFERSON CAPITAL SYSTEMS LLC PO BOX 772813 CHICAGO IL 60677-2813

JPMORGAN CHASE BANK NA PO BOX 15368 WILMINGTON DE 19850

MACYS/DSNB PO BOX 8218 MASON OH 45040-8218

MORY KYONG-EUN PARK 6160 RUMRILL STREET UNIT 108 LAS VEGAS NV 89113-7105

NEVADA BANKRUPTCY ATTORNEYS LLC 5502 SOUTH FORT APACHE ROAD SUITE 200 LAS VEGAS NV 89148

NEVADA DEPARTMENT OF TAXATION BANKRUPTCY SECTION 555 E WASHINGTON AVE STE 1300 LAS VEGAS NV 89101-1046

NEVADA DETR 500 E THIRD ST CARSON CITY NV 89701-4772

ORANGE REALTY GROUP 6230 MCLEOD DR STE 100 LAS VEGAS NV 89120-4442

PINATA GLOBAL INC. 131 VARICK ST NEW YORK NY 10013-1410

PORTFOLIO RECOVERY ASSOCIATES LLC POB 12914 NORFOLK VA 23541

QUANTUM3 GROUP LLC PO BOX 2489 KIRKLAND WA 98083-2489

RESURGENT CAPITAL SERVICES PO BOX 10587 GREENVILLE SC 29603-0587

RESURGENT RECEIVABLES LLC RESURGENT CAPITAL SERVICES PO BOX 10587 GREENVILLE SC 29603-0587

TGSLC DBA TRELLIS COMPANY PO BOX 659602 SAN ANTONIO TX 78265

U.S. SMALL BUSINESS ADMINISTRATION OFFICE OF GENERAL COUNSEL 312 N SPRING ST 5TH FLOOR LOS ANGELES CA 90012-4701

UNITED STATES ATTORNEY'S OFFICE ATTN: CIVIL PROCESS CLERK 501 LAS VEGAS BLVD S STE 1100 LAS VEGAS NV 89101-6521

UNITED STATES TREASURY SPECIAL PROCEDURES P O BOX 7317 PHILADELPHIA PA 19101-7317

US BANK NATIONAL ASSOCIATION PO BOX 5227 CINCINNATI OH 45201-5227